| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 21-CR-021-005-GKF |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 24-03103-CR-S-BP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sarah Michelle Humbard | Northern District of Oklahoma | United States Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Gregory K. Frizzell | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/24/2023 — TO 10/23/2028 |

**OFFENSE**
18 U.S.C. §§ 1512(a)(2)(C), (a)(3)(C), (h)(i), and 2 Tampering with a Witness, Victim, and Informant by Using the Threat of Physical Force

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
No plans to return to ND/OK

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __NORTHERN__ DISTRICT OF __OKLAHOMA__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Western District of Missouri__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/10/24
*Date*

*/s/ Gregory K. Frizzell*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __MISSOURI__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 19, 2024
*Effective Date*

/s/ Beth Phillips
*United States District Judge*

1